IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: THE MATTER OF | § | CIVIL ACTION NO. H-12-1622 |
| BOPCO, L.P., AS OWNER AND | § | |
| OPERATOR OF THE M/V MR. JOE, | § | consolidated with |
| PRAYING FOR EXONERATION FROM | § | |
| AND/OR LIMITATION OF LIABILITY | § | CIVIL ACTION NO. H-12-1113 |

### ORDER OF TRANSFER

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED that Plaintiff BOPCO L.P.'s Motion to Transfer Venue for *Forum Non Conveniens* (Document No. 37) is GRANTED pursuant to Federal Rule of Civil Procedure Supplemental Admiralty and Maritime Claims Rule F(9) and 28 U.S.C. § 1404(a), and this case is TRANSFERRED to the United States District Court for the Eastern District of Louisiana.

The Clerk will mail a copy of this Order of Transfer to the Clerk of the United States District Court for the Eastern District of Louisiana, and shall notify all parties and provide them with a true copy of this Order.

SIGNED in Houston, Texas, on this 14TH day of September, 2012.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE